UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JAQUAN DAVIS,** | 2:25-CV-13078-TGB-KGA |
| Plaintiff, | |
| | HON. TERRENCE G. BERG |
| vs. | |
| | **ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 30)** |
| **DANA NESSEL et al.,** | |
| Defendants. | |

This matter is before the Court on Magistrate Judge Kimberly G. Altman's June 3, 2026 Report and Recommendation (ECF No. 30), recommending that Defendants Nessel and Grady's motion to dismiss (ECF No. 16) and Defendant Worthy's motion to dismiss (ECF No. 18) be granted, that Plaintiff's emergency motion for a temporary restraining order and/or preliminary injunction (ECF No. 26) be denied, and that the case be closed.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court

1

will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate's Report and Recommendation of June 3, 2026 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Altman's Report and Recommendation of June 3, 2026 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Defendants Nessel and Grady's motion to dismiss (ECF No. 16) and Defendant Worthy's motion to dismiss (ECF No. 18) are **GRANTED**, and that Plaintiff's emergency motion for a temporary restraining order and/or preliminary injunction (ECF No. 26) is **DENIED**. Additionally, the Court **ORDERS** that the case be **CLOSED**.

**SO ORDERED.**

Dated: June 22, 2026        s/Terrence G. Berg
                            TERRENCE G. BERG
                            UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on June 22, 2026.

s/E. Vradenburg
Case Manager